IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| JAMES EDWARD DEARING, | ) |
| Plaintiff-Appellant, | ) |
| vs. | ) Case No.: CV 119-105 |
| | ) Appeal No.: 19-14485-E |
| RICHARD ROUNDTREE, et. al., | ) |
| Defendants-Appellees. | ) |

## ORDER

The appeal in the above-styled action having been dismissed by the United States Court of Appeals for the Eleventh Circuit for want of prosecution,

**IT IS HEREBY ORDERED** that the mandate order of the United States Court of Appeals for the Eleventh Circuit is made the order of this Court.

**SO ORDERED**, this 17th day of December 2019.

_____
HONORABLE J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA